UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

FILED
SEP 2 0 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:18-cr97
     18 U.S.C. § 1001(a)(2)

ROBERT DWIGHT EVANS

## INFORMATION

The United States Attorney Charges:

On or about June 28, 2017, at or near Cross Lanes, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant ROBERT DWIGHT EVANS, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make a materially false statement to agents of the Federal Bureau of Investigation, in that defendant ROBERT DWIGHT EVANS falsely denied purchasing controlled substances from an individual known to the United States Attorney when, in fact, defendant ROBERT DWIGHT EVANS, had illegally purchased controlled substances from that individual on multiple occasions.

In violation of Title 18, United States Code, Section 1001(a)(2).

        UNITED STATES OF AMERICA

        MICHAEL B. STUART
        United States Attorney

By: _____
     JOSHUA C. HANKS
     Assistant United States Attorney